AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ROBERT WADE PLUMIER, as Son and Personal Representative of the Wrongful Death Beneficiaries of ROBERT WAYNE PLUMIER, and ESTATE OF ROBERT WAYNE PLUMIER, Deceased <br><br> *Plaintiff(s)* <br><br> v. <br><br> MISSISSIPPI DEPARTMENT OF CORRECTIONS; SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION; CENTURION OF MISSISSIPPI, LLC; ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:17-cv-713-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MISSISSIPPI DEPARTMENT OF CORRECTIONS
By and through:
Jim Hood, Mississippi Attorney General
Walter Sillars Building
550 High Street, Suite 1200
Jackson MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas L. Tynes, Jr.
Tynes Law Firm, P.A.
525 Krebs Avenue (39567)
P.O. Drawer 966, Pascagoula MS 39568-0966
(228) 769-7736 Office; (228) 769-8466 Fax
monte@tyneslawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  ARTHUR JOHNSTON

Date: NOV 0 6 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-713-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mississippi Department of Corrections
was received by me on *(date)* Nov. 10, 2017

☒ I personally served the summons on the individual at *(place)* Marilyn Robinson
Office of the AG Jackson, MS on *(date)* Nov. 13, 2017 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Nov. 13, 2017

*Server's signature*

Gary A. Windham / Process Server
*Printed name and title*

METRO PROCESS SERVERS
P.O. BOX 97665
PEARL, MS 39288-7665
*Server's address*

Additional information regarding attempted service, etc: