IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT WADE PLUMIER, as Son and
Personal Representative of the Wrongful Death
Beneficiaries of ROBERT WADE PLUMIER,
Deceased, and ESTATE OF ROBERT
WAYNE PLUMIER, Deceased                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:17-cv-713-DPJ-FKB

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION,
WEXFORD HEALTH SOURCES, INC.
JACQUELYN BANKS, in Her Individual and Official Capacity,
BRENDA SIMS, in Her Individual and Official Capacity,
And JOHN OR JANE DOES 1-15, in Their Indiviudal
and Official Capacities                    DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, V. K. Smith, III, of the law firm of Bryan Nelson, P.A., P. O. Drawer 18109, Hattiesburg, Mississippi 39404-8109, and hereby enters his appearance as counsel of record for and on behalf of the Defendant, Wexford Health Sources, Inc., in the above styled and numbered action.

Respectfully submitted, this the 21st day of November, 2017.

WEXFORD HEALTH SOURCES, INC.

*/s/ V. K. Smith, III*
V. K. Smith, III, MSB #7623

BRYAN NELSON, P.A.
Post Office Drawer 18109
Hattiesburg, MS  39404-8109
Telephone:   601-261-4100
Facsimile:  601-261-4106
vsmith@bnlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day filed the above and foregoing via ECF filing system, which system sent notice of such filing to:

Douglas L. Tynes, Jr.
monte@tyneslawfirm.com
        *Attorney for Plaintiffs*

Tommy D. Goodwin
tgood@ago.sttate.ms.us
        *Attorney for MDOC and SMCI*

This the 21st day of November, 2017.

                                                            */s/ V. K. Smith, III*                                
                                                            V. K. Smith, III, MSB #7623