IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT WADE PLUMIER, as Son and
Personal Representative of the Wrongful Death
Beneficiaries of ROBERT WAYNE PLUMIER,
Deceased, and Estate of Robert Wayne Plumier,
Deceased
                                                                                 **PLAINTIFFS**

v.                                   **CIVIL ACTION NO. 1:18CV13-HSO-JCG**

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
ET AL.                                                                           **DEFENDANTS**

## ORDER STAYING PROCEEDINGS

Defendants have filed an immunity motion [35]. Local Uniform Civil Rule 16(b)(3)(B) provides as follows:

> Filing . . . a motion asserting an immunity defense. . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

L.U.Civ.R. 16(b)(3)(B).

Accordingly, any motions seeking relief from this order shall be filed within 14 days hereof.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision

on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this the 22nd day of February, 2018.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE