# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ROBERT WADE PLUMIER,** *et al.*                                                **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 1:18-CV-013-HSO-JCG**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS,** *et al.*           **DEFENDANTS**

## ENTRY OF APPEARANCE

Please take notice that J. Chadwick Williams hereby enters in this cause as counsel of record for the following Defendant: Mississippi Department of Corrections, South Mississippi Correctional Institution, Jacquelyn Banks, Marshall Turner and Brenda Sims.

All future e-filings, pleadings and correspondence should include J. Chadwick Williams, as counsel for these Defendants at the address noted below.

>J. Chadwick Williams, Esq.
>Special Assistant Attorney General
>P.O. Box 220
>Jackson, MS 39205
>Email: cwill@ago.state.ms.us

Respectfully submitted this the 25th day of May, 2018.

                                   **MISSISSIPPI DEPARTMENT OF CORRECTIONS, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION, JACQUELYN BANKS, MARSHALL TURNER and BRENDA SIMS,** *Defendants*

                                   **JIM HOOD, ATTORNEY GENERAL STATE OF MISSISSIPPI**

                                   BY: */s/ J. Chadwick Williams*
                                   J. CHADWICK WILLIAMS (MSB #102158)

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Email: cwill@ago.state.ms.us
Telephone: (601) 359-3680
Facsimile: (601) 359-2003

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, which will automatically send notice to all counsel of record.

    This the 25th day of May, 2018.

    */s/ J. Chadwick Williams*