**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ROBERT WADE PLUMIER,** *et al.*                                                                **PLAINTIFFS**

**VS.**                                                                **CIVIL ACTION NO. 1:18-CV-013-HSO-JCG**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS,** *et al.*                            **DEFENDANTS**

### MOTION TO WITHDRAW COUNSEL

J. Chadwick Williams, with the Office of the Attorney General, has entered his appearance herein as counsel of record for Mississippi Department of Corrections, South Mississippi Correctional Institution, Jacquelyn Banks, Marshall Turner and Brenda Sims, and asks that Tommy D. Goodwin, Esq., be withdrawn as counsel of record for said parties. The Movant would show that Mr. Goodwin has transferred to a different area with the Office of the Attorney General and will be doing no further work in this matter.

WHEREFORE, PREMISES CONSIDERED, J. Chadwick Williams requests that this Honorable Court allow Tommy D. Goodwin, Esq., to be removed as counsel of record for the aforementioned parties.

Respectfully submitted this the 25th day of May, 2018.

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION, JACQUELYN BANKS, MARSHALL TURNER and BRENDA SIMS,** *Defendants*

**JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

BY: */s/ J. Chadwick Williams*
J. CHADWICK WILLIAMS (MSB #102158)

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Email: cwill@ago.state.ms.us
Telephone: (601) 359-3680
Facsimile: (601) 359-2003

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, which will automatically send notice to all counsel of record.

This the 25th day of May, 2018.

*/s/ J. Chadwick Williams*